# EXHIBIT 2

This translation consists of:
Pages :2 / Sheets:3
Certification No: 207/2019
Date: 12 October 2019

# CERTIFIED TRANSLATION FROM CROATIAN LANGUAGE
## AFFIDAVIT



Certification No.: Ov-207/2019
Page: 1 of 2
Date: 12 October 2019

Commercial Court in Zagreb
1000 ZAGREB — Petrinjska 8

Zagreb, 9 October 2019

Legal matter:

Ref.no.: St-42/01

Creditor: Tradexim İnternational co California, represented by Mirko Despotović, and all together by Marko Ivica, attorney from Zagreb

Concerning: Monetary claim      - 1 x

-Power of attorney attached to the file

## AFFIDAVIT

Pero Trkulja, 10000 Zagreb, 14 Zubovečka Street, PIN: 96627977122 Republic of Croatia

I

I, Pero Trkulja, 10000 Zagreb, 14 Zubovečka Street, PIN: 96627977122 Republic of Croatia, hereby irrevocably declare and confirm that I was employed with Gavrilović Holding Petrinja as director of the slaughterhouse and later of the Meat Industry, the largest company within Gavrilović Holding, Petrinja, and in this capacity I confirm that the creditor Tradexim International co was a long-standing business partner of Gavrilović company and that it exported finished products from the production program of Gavrilović Holding Petrinja for the American market until 1991, when the war broke out in the Republic of Croatia.

The Gavrilović company also had a long-term cooperation agreement with the German company Moksl from Buchlo near Munich-Bavaria, with which Gavrilović was a long-term business partner. Gavrilović had a contract with the creditor Tradexim International Co. California, for the supply of canned ham for the needs of the United States' market, in the amount of USD 1,060,000.00 (one million and sixty thousand dollars and 00/100), which creditor paid the aforementioned amount in advance, but also with the previously obtained performance guarantee of Privredna banka Zagreb and the advance payment shall be refunded if the transaction was not performed in accordance with the said contract.

Delivery of the manufactured goods was agreed in USD and under the FDA (USDA) quality standards for human use with the clause: "**only goods accepted by the FDA, USDA control is considered as delivered**" and for which delivery of a health and safety certificate by the e competent ministry of agriculture of the then Social Republic of Croatia was also required, which document was attached to the export of goods stating that the goods were inspected by the competent authorities and that they met the agreed standards.

The US, FDA and USDA Inspection of Supplied Goods determined that the agreed and supplied goods contained illicit substance amounts (and deadly bacterium) and did not meet standards that allowed the sale of goods and use for human consumption.

Subsequently, all the quantities of the agreed and delivered goods were returned back to the port of Rijeka and made available to Gavrilović Holding from Petrinja, thus returning the total quantity of 23 containers of the agreed and delivered goods. On December 13, 1990 a written report was also made.

The written contract and report, which are an integral part of this statement, define all the rights and obligations of the creditor Tradexim International co California and the company Gavrilović Petrinja, all related to and in connection with the supply and return of said goods and the debt acknowledgment segment relates to the advance payment for the disputable goods, as it was all agreed and arranged between these business partners (creditor Tradexim International Co. California, and Gavrilović Petrinja) by the production and supply contract.

On that occasion, by signing the report it was agreed that Petrinja Gavrilović will refund the advance payment by taking back all returned goods that did not correspond to the quality of the US market, for which sole responsibility is on Gavrilović Petrinja company, and consequently I confirm all the above facts as correct and true, and I personally sign and certify this statement before the public notary and I agree that this statement can be used as evidence before the court.

Pero Trkulja (Signature illegible)

Certification No.: Ov-207/2019
Page: 2 of 2
Date: 12 October 2019

I, **MARIJA BAKOVIĆ**, public notary, Zagreb, M. Matošeca 3, hereby confirm that the client:

**PERO TRKULJA, OIB 96627977122, ZAGREB, GRAD ZAGREB, ZUBOVAČKA ULICA 14**, in my presence recognized the signature on the affidavit as his own. The signature is authentic. The client's identity was established from ID card No. 112167178 PA Zagreb.

The notary reward according to tar.no. 11, para. 4 of the ZJP was charged in the amount of Kn 10.00.
The duty stamp under tariff no. 19, para. 1 of the PPJT was charged in the amount of Kn 30.00 plus VAT of 23% (Kn 7.50).

No. OV-18898/2019
Zagreb, 10 October 2019

Round seal:
PUBLIC NOTARY
REPUBLIC OF CROATIA
MARIJA BAKOVIĆ

Public Notary
MARIJA BAKOVIĆ
(Signature - Illegible)

-END OF CERTIFIED TRANSLATION-

Certification No.: Ov-207/2019

I, Jasna Vuković, ourt interpreter for the English language, re-certified by decision of County Court in Osijek, No. 44-Su-664/2016-4 dated 1 December 2016, hereby confirm that the translation fully corresponds to the original written in Croatian language.

Belišće, 12 October 2019



Trgovački sud u Zagrebu
10000 ZAGREB – Petrinjska 8

Zagreb: 09. 10. 2019. godine

Pravna stvar:

Na broj: St-42/01

Vjerovnik: Tradexim International co California, zast. po Mirku Despotoviću, a svi po Marku Ivici odv. iz Zagreba

Radi: novčanog potraživanja

-1 x
- punomoć u spisu

## I Z J A V A

Pero Trkulja, 10000 Zagreb, Zubovečka 14, OIB:96627977122 R. Hrvatska

### I

Ja Pero Trkulja, 10000 Zagreb, ulica Zubovečka 14, OIB:96627977122 R. Hrvatska neopozivo izjavljujem i potvrđujem da sam bio zaposlen u Gavrilović holding Petrinja i to u svojstvu direktora klaonice, a potom i Mesne industrije, kao najvećeg poduzeća u sastavu Gavrilović holding, Petrinja, te u tom svojstvu i potvrđujem da je vjerovnik Tradexim International co bio dugogodišnji poslovni partner Gavrilović kompanije i da je za potrebe američkog tržišta izvozio gotove proizvode iz proizvodnog programa Gavrilović holding Petrinja i sve do 1991. godine, kada je došlo do rata u RH.

Tvrtka Gavrilović je imala zaključen i dugogodišnji kooperacioni ugovor sa njemačkom tvrtkom Moksl iz Buchloa pored Munchena-Bavarska, sa kojom je Gavrilović bio dugogodišnji poslovni partner.

Sa vjerovnikom Tradexim International co California, Gavrilović je imao zaključen ugovor o isporuci konzervirane šunke za potrebe tržišta Sjedinjenih Američkih Država i na iznos od 1.060,000,00 USD (jedan milijun i šezdeset tisuća dolara i 00/100), kojeg je vjerovnik uplatio avansno i u navedenom iznosu, ali i uz prethodno dobivenu garanciju Privredne banke Zagreb za dobro izvršenje posla i da će se vjerovniku avans vratiti ukoliko posao ne bude obavljen sukladno navedenom ugovoru.

Isporuka proizvedene robe ugovorena je na paritetu USD uz standarde FDA (USDA) kvaliteta za ljudsku upotrebu sa klauzulom:"**samo roba prihvaćena od FDA, USDA kontrole smatra se isporučenom**", za koju isporuku se morao dati i sanitarni-zdravstveni certifikat od strane nadležnog ministarstva poljoprivrede u tadašnjoj Soc. Rep. Hrvatskoj, koji dokument prati izvoz robe a u kojem je navedeno da je roba pregledana od nadležnih organa i da odgovara ugovorenim standardima.

Pregledom isporučene robe na paritetu SAD, inspekcija FDA i USDA je kontrolom utvrdila da ugovorena i isporučena roba (šunka) sadrži nedozvoljene količine supstanci (smrtonosna bakterija) i da ne odgovara standardima koji omogućavaju prodaju robe i upotrebu za ljudsku ishranu.

Nakon toga sva količina ugovorene i isporučene robe je vraćena nazad u luku Rijeka i stavljena je na raspolaganje Gavrilović holdingu iz Petrinje, te je tom prilikom vraćena sva količina od ukupno 23 kontejnera ugovorene i isporučene robe, o čemu je dana 13. 12. 1990. godine sačinjen i pismeni protokol.

Navedenim pismenim ugovorom i protokolom, koji su sastavni dio ove izjave, uređena su sva prava i obaveze i to kako vjerovnika Tradexim International c o California, tako i tvrtke Gavrilović Petrinja, a sve oko i u vezi sa isporukom i povratom sporne robe i priznanja duga po uplaćenom avansu za spornu robu, kako je to sve bilo između ovih poslovnih partnera (vjerovnika Tradexim International c o California, i tvrtke Gavrilović Petrinja) ugovorom o proizvodnji i isporuci dogovoreno i uređeno.

Tom prilikom je potpisom protokola i dogovoreno da će tvrtka Gavrilović Petrinja izvršiti povrat uplaćenog avansa jer će nazad preuzeti svu vraćenu robu koja nije odgovarala kvaliteti američkog tržišta, a za što odgovornost snosi isključivo tvrtka Gavrilović Petrinja, pa slijedom navedenog potvrđujem sve gore navedene činjenice kao točne i istinite, te tu izjavu vlastoručno potpisujem i ovjeravam kod bilježnika i suglasan sam da se ova izjava može upotrijebiti kao dokaz na sudu.

Pero Trkulja

Ja, javni bilježnik **MARIJA BAKOVIĆ**, Zagreb, M.Matošeca 3,
potvrđujem da je stranka:

**PERO TRKULJA, OIB 96627977122, ZAGREB, GRAD ZAGREB, ZUBOVAČKA ULICA 14,**
u mojoj nazočnosti priznao potpis na pismenu kao svoj. Potpis na pismenu je istinit. Istovjetnost podnositelja pismena utvrdila sam temeljem osobne iskaznice br. 112167178 PU Zagrebačka.

Javnobilježnička pristojba za ovjeru po tar. br. 11. st. 4. ZJP naplaćena u iznosu 10,00 kn.
Javnobilježnička nagrada po čl. 19. st. 1. PPJT zaračunata u iznosu od 30,00 kn uvećana za PDV u iznosu od 7,50 kn.

**Broj: OV-18898/2019**
Zagreb, 10.10.2019.

Javni bilježnik
MARIJA BAKOVIĆ

