# EXHIBIT 3

# P R O T O C O L

16 5/92

made after a meeting held on December 12, 1990, between representatives of Gavrilovic from Petrinja and Tradexim from Los Angeles.

The meeting was attended by the president of Gavrilovic Company, Borislav Mikelic, members of the board of directors, Dr. Davor Skobic, Mladen Mikulic, Jovo Drobnjak, Dusan Zjajvuk and Milan Pavlovic, as representatives of Gavrilovic.
Tradexim from Los Angeles was represented by Mirko Despotovic.

The topic of the meeting was the damage done to Tradexim, due to the fact that canned ham has been returned to or is on its way to Yugoslavia, in accordance with the decision of the Food Safety and Inspection Service (FSIS).

According to information regarding the return of canned ham, about which both Gavrilovic Export and Tradexim are in agreement with, the following price is involved:

As per shipping documents received from Tradexim, the following returned goods are on their way back to Yugoslavia:

| | |
|---|---|
| Shipments guaranteed by the Commercial Bank of Zagreb (Privredna Banka) | USD 36,198.48 |
| Shipments paid to Moksel, Buchloe | USD 182,939.04 |
| Shipments intended to be paid to Combek | USD 172,143.36 |
| TOTAL | USD 391,280.88 |

According to the statement of Tradexim's representative, the rest of the goods returned to Gavrilovic, due to the decision of the American inspection agency, are on their way back, but for them, the shipping documents have as yet not been received.

After a thorough discussion, and based on the Decision of the authorized American sanitary inspection agency, Gavrilovic is taking upon itself the obligation to pay Tradexim the following amount for the returned goods:

| | |
|---|---|
| 1. As per the advance and guarantee of the Commercial Bank, Zagreb | USD 224,011.92 |
| 2. The paid amount to Moksel, Buchloe | USD 200,000.00 |
| 3. Shipping costs, as per Tradexim | USD 26,193.62 |
| TOTAL | USD 450,205.54 |

1625/6

This Protocol has been read to all participants of this meeting and they, by signing it, agree to all statements contained in the Protocol.

In Petrinja, December 13, 1990

FOR GAVRILOVIC, PETRINJA:                    FOR TRADEXIM, LOS ANGELES

1. Dr. Davor Skobic                          Mirko Despotovic
   signature                                 signature
2. Mladen Mikulic
   signature
3. Jovo Drobnjak

4. Mr. Dusan Zjajvuk
   signature
5. Milan Pavlovic
   signature illegible

---

The undersigned Ilva Mariani declares herewith that she has [com]mand of the English and Croatian languages, that she [made the tran]slation and that the wording and [meaning correspon]ds [to th]e Croatian text.

In San Pedro, October 9, 1991

                                             Ilva Mariani

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Subscribed and sworn (affirmed) before me today,
October 9, 1991.
                                             Niko Hazdovac, Notary Public

1625/92

P R O T O K O L

sačinjen nakon održanog sastanka 12. decembra 1990. godine između predstavnika "Gavrilovića" Petrinja i firme Traderim, Los Angeles.
Sastanku su prisustvovali u ime "Gavrilovića": predsjednik PO Borislav Mikelić te članovi Poslovodnog odbora dr. Davor Škobić, Mladen Mikulić, Jovo Drobnjak, Dušan Zjajvuk, te Milan Pavlović.
Firmu Traderim, Los Angeles zastupao je Mirko Despotović.

Predmet razgovora odnosio se na obeštećenje firme Traderim po osnovu konzervirane šunke koja je po nalogu Food Safety and Inspection Service (FSIS) vraćena ili je na putu za Jugoslaviju.

Prema usaglašenim podacima Vanjske trgovine "Gavrilovića" i firme Traderim o povratu konzervirane šunke, radi se o slijedećim vrijednostima:
Po otpremnim dokumentima koje smo dobili od Traderima na putu za Jugoslaviju nalaze se slijedeći povrati:

| | | |
|---|---|---|
| -poruke po garanciji Privredna banka Zagreb | USD | 36.198,48 |
| poruke plaćene Mokslu, Buchloe | USD | 182.939,04 |
| poruke namijenjene plaćanju Combeku | USD | 172.143,36 |
| UKUPNO: | USD | 391.280,88 |

Na temelju izjave predstavnika Traderima na putu je i ostatak robe koji se po nalogu američke inspekcije mora vratiti "Gavriloviću", a za koju robu još nisu primljeni otpremni dokumenti.

Nakon temeljite rasprave, a na osnovu Odluka nadležnih sanitarnih američkih vlasti "Gavrilović" preuzima obavezu da Traderimu isplati za vraćenu robu slijedeće vrijednosti:

| | | |
|---|---|---|
| 1. Po avansu i garanciji Privredne banke Zagreb | USD | 224.011,92 |
| 2. Plaćeni iznos Mokslu, Buchloe | USD | 200.000,00 |
| 3. Špediterske troškove plaćene po Traderimu | USD | 26.193,62 |
| UKUPNO: | USD | 450.205,54 |

Učesnicima u razgovoru ovaj Protokol je pročitan te ga u ime suglasnosti sa navodima iz Protokola i potpisuju.

U Petrinji, 13. 12. 1990. god.

ZA "GAVRILOVIĆ" PETRINJA:

1. dr Skobić Davor _____
2. Mladen Mikulić _____
3. Jovo Drobnjak _____
4. Mr. Dušan Zjajvuk _____
5. Milan Pavlović _____

ZA TRADEXIM, LOS ANGELES:

Mirko Despotović _____