UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

| | |
|---|---|
| TRADEXIM INTERNATIONAL CO. CALIFORNIA | : |
| Plaintiff, | : |
| - against - | : Case No. 20-3596 (RBW) |
| GAVRILOVIC HOLDING PETRINJA, | : |
| Defendants. | : |

-----------------------------------------------------------X

## [[PROPOSED]] FINAL JUDGMENT BY DEFAULT
## PURSUANT TO FED. R. CIV. P. 55(b)

Having duly considered Plaintiff Tradexim International Co. California's motion for default judgment, the Court hereby enters this final judgment by default against Defendant Gavrilovic Holding Petrinja pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Judgment is entered against Defendant Gavrilovic Holding Petrinja for committing fraud against Plaintiff Tradexim International Co. California;

IT IS FURTHER ORDERED that Plaintiff Tradexim International Co. California shall recover from Defendant Gavrilovic Holding Petrinja damages of $450,205.54;

IT IS FURTHER ORDERED that Plaintiff Tradexim International Co. California shall recover from Defendant Gavrilovic Holding Petrinja pre-judgment interest in the amount of $1,777,789.17, and post-judgment interest to be determined at the time of payment;

IT IS FURTHER ORDERED that Plaintiff Tradexim International Co. California shall recover from Defendant Gavrilovic Holding Petrinja its costs for this action, totaling $2,181.85;

IT IS FURTHER ORDERED that this Court retains jurisdiction over the parties to the

extent necessary to enforce the terms of this Order.

        IT IS SO ORDERED.

_____

THE HON. REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

Date: _____