**DIAMOND MCCARTHY LLP**

Attorneys & Counselors

1455 Pennsylvania Ave NW | Suite 400 | Washington, DC 20004 | Phone: +1.212.430.5400

*David L. Earnest*
*david.earnest@diamondmccarthy.com*
*dd +1.212.430.5430*

October 20, 2023

**By ECF**

Honorable Reggie B. Walton
United States District Judge
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    **Tradexim International Co. California v. Gavrilovic Holding Petrinja, No. 20-3596 (RBW) - Status of Motion for Default Judgment**

Dear Judge Walton:

      We represent Plaintiff Tradexim International Co. California in the above captioned matter. Plaintiff respectfully requests that the Court take note that Plaintiff's October 20, 2022 motion for default judgment against Defendant Gavrilovic Holding Petrinja (ECF 9) has been pending for one year as of today's date. For the sake of good order, Plaintiff notes that its Complaint was filed on December 10, 2020 (ECF 1) and the Clerk of the Court issued an entry of default on March 17, 2022 (ECF 6). Plaintiff is prepared to provide the Court with any additional information it may require so that an order on the motion may be entered.

      Respectfully submitted,

      DIAMOND MCCARTHY LLP

      By:  /s/ David Earnest
      David L. Earnest, Partner
      1455 Pennsylvania Ave., NW
      Suite 400
      Washington, DC 20004
      (202) 846.6878
      david.earnest@diamondmccarthy.com

      *Counsel for Plaintiff*
      *Tradexim International Co. California*