UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRADEXIM INTERNATIONAL CO. CALIFORNIA, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 20-3596 (RBW) |
| v. | ) ) ) | |
| GAVRILOVIC HOLDING PETRINJA, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiff's Motion and Memorandum in Support of Default Judgment, ECF No. 9, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** as to the plaintiff's request for a default judgment as to liability. The motion is **HELD IN ABEYANCE** as to the plaintiff's request for a default judgment as to damages and the award of prejudgment interest, pending supplemental briefing addressing the appropriate amount of damages and prejudgment interest to be awarded. It is further

**ORDERED** that, on or before January 3, 2025, the plaintiff shall file supplemental briefing providing the Court with: (1) the legal basis for awarding prejudgment interest and using the requested Croatian statutory rates to calculate prejudgment interest in this case; and (2) an updated and detailed request for an award of prejudgment interest under the governing rate, including a clear beginning and end date for the accrual of that interest, as well as a clear indication of the governing statute and rate for each period through December 3, 2024. It is further

**ORDERED** that the Plaintiff's Motion and Memorandum of Law to Treat Motion for Default Judgment as Conceded, ECF No. 12, is **DENIED** as moot.  It is further

**ORDERED** that the Plaintiff's Motion to Set Hearing, ECF No. 14, is **DENIED WITHOUT PREJUDICE** as premature.

**SO ORDERED** this 3rd day of December, 2024.

REGGIE B. WALTON
United States District Judge
